## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

ANTON BULGAKOV #A231-903-365      CASE NO.  3:26-CV-01798 SEC P

VERSUS      JUDGE TERRY A. DOUGHTY

WARDEN JACKSON PARISH      MAG. JUDGE KAYLA D.
CORRECTIONAL CENTER ET AL      MCCLUSKY

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 17], noting no written and filed objections thereto, and, after a *de novo* review of the record and concurring with the Report and Recommendation,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner Anton Bulgakov's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

MONROE, LOUISIANA, this 22nd day of July 2026

_____

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1